**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware_____
                                    (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Skye Mineral Partners, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different** |
   |---|---|
   | P.O. Box 608 | 8 the Green, Suite A |
   | Number    Street | Number    Street |
   | 1208 South 200 W | c/o A Registered Agent, Inc. |
   |  | P.O. Box |
   | Milford    UT    84751 | Dover    DE    19901 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | County |  |
   |  | **Location of principal assets, if different from principal place of business** |
   |  | Number    Street |
   |  | City    State    ZIP Code |

Debtor  Skye Mineral Partners, LLC  
      Name

Case number (*if known*)_____

---

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [ ] No
   - [x] Yes. Debtor  CS Mining, LLC    Relationship  wholly-owned subsidiary
     
     District  Utah    Date filed  06/02/2016    Case number, if known  16-24818
                                                 MM / DD / YYYY
     
     Debtor _____    Relationship _____
     
     District _____    Date filed _____    Case number, if known _____
                                                 MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).
    
    *At least one box must be checked*:
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Skye Mineral Partners, LLC                          Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| PacNet Capital (U.S.) Limited | unsecured claim based on loan agreement guaranty | $ 4,979,972.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

**Name and mailing address of petitioner**

PacNet Capital (U.S.) Limited                                     ·Christopher M. Samis
Name                                                              Printed name

                                                                  Whiteford, Taylor & Preston LLC
40/F, Tower Two, Lippo Centre, 89 Queensway                       Firm name, if any
Number   Street
                                                                  The Renaissance Centre, Suite 500, 405 North King Street
Hong Kong                                                         Number   Street
City                    State        ZIP Code
                                                                  Wilmington                          DE         19801
                                                                  City                                State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

                                                                  Contact phone  302.357.3266    Email  csamis@wtplaw.com
Marshall W. Cooper
Name                                                              Bar number  4909

40/F, Tower Two, Lippo Centre, 89 Queensway
Number   Street                                                   State  DE

Hong Kong
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/19/2018                                           X _____
             MM / DD / YYYY                                          Signature of attorney

**X**  /s/ Marshall W. Cooper                                     Date signed  06/19/2018
Signature of petitioner or representative, including representative's title         MM / DD / YYYY