# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| SKYE MINERAL PARTNERS, LLC | : | Case No.  18-_____( ___) |
| a Delaware limited liability company, | : | |
| | : | |
| Alleged Debtor. | : | |

## STATEMENT OF CORPORATE OWNERSHIP

The following is a list of entities that directly or indirectly own 10% or more of any class of PacNet Capital (U.S.) Limited's equity interests.  This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 7 case.

PacNet Holdings Limited (BVI)

Golden Sunshine Worldwide Limited (BVI)

Lippo China Resources Limited (HK)

Dated:  June 19, 2018

Signature: */s/ Marshall W. Cooper*
Marshall W. Cooper, Director

2292303v1